IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STACEY BENSON, | ) | 8:05CV54 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| FORD MOTOR COMPANY, a Delaware corporation; KEY SAFETY SYSTEMS, INC., a Delaware corporation formerly known as Breed Safety Restraint Systems, Inc.; TRW AUTOMOTIVE US LLC, a Delaware limited liability company, and ABC CO., real name unknown, | ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that:

1. The joint motion for dismissal (filing 37) filed by Plaintiff and Defendant TRW Automotive US LLC is granted, and, pursuant to Fed. R. Civ. P. 41(a), Plaintiff's action against said Defendant is dismissed with prejudice, each party to bear their own costs. There being no just reason for delay, judgment shall be entered pursuant to Fed. R. Civ. P. 54(b) by separate document.

2. The joint motion for dismissal (filing 38) filed by Plaintiff and Defendant Key Safety Systems, Inc., is granted, and, pursuant to Fed. R. Civ. P. 41(a), Plaintiff's action against said Defendant is dismissed with prejudice, each party to bear their own costs. There being no just reason for delay, judgment shall be entered pursuant to Fed. R. Civ. P. 54(b) by separate document.

September 6, 2005.                    BY THE COURT:

                                      s/ *Richard G. Kopf*
                                      United States District Judge