## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **STACEY BENSON,** | ) | |
| | ) | |
| **Plaintiff(s),** | ) | |
| | ) | **8:05CV54** |
| **vs.** | ) | |
| | ) | **ORDER TO SHOW CAUSE** |
| **FORD MOTOR COMPANY, et al.,** | ) | |
| | ) | |
| **Defendant(s).** | ) | |

The records of the court show that on May 27, 2005,  (Filing No. #33), a letter was sent to Attorney Michael J. Kleffner from the Office of the Clerk directing that he register for the U.S. District Court of Nebraska's Case Management/Electronic Case Files System ("System.").

As of October 4, 2005, the attorney has not complied with the request(s) set forth in the letter from the Office of the Clerk.

**IT IS ORDERED** that, on or before October 14, 2005, Attorney Michael J. Kleffner is to register for the System or show cause by written affidavit why he cannot comply with the rules of the court.

DATED this 5th day of October, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge