```
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| STACEY BENSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV54 |
| | ) | |
| v. | ) | |
| | ) | |
| FORD MOTOR COMPANY, and ABC, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED:

The parties' Joint Motion for Continuance and Entry of Amended Scheduling Order, filing 50, is granted in part and the court's progression order, filing 36, is amended as follows:

1. Disclosure of Expert Witnesses:

    a. The plaintiff's expert reports shall be served on or before March 20, 2006; and the plaintiff's experts shall be made available for deposition on or before April 21, 2006;

    b. The defendant's expert reports shall be served on or before May 22, 2006; and the defendant's experts shall be made available for deposition on or before June 23, 2006.

2. Deposition Deadline: The deposition deadline set forth in paragraph 3 of the court's filing 36 progression order is extended from April 20, 2006 to July 3, 2006.

3. The Final Pretrial Conference before the undersigned magistrate judge is set for July 13, 2006 at 11:00 a.m. in Lincoln, Nebraska.

4. Jury trial is set to commence beginning August 21, 2006 for a duration of ten trial days the Honorable Richard G. Kopf, United States District Judge in Lincoln, Nebraska. Jury selection shall be at the commencement of trial.

5.  In all other respects, the provisions of the court's progression order, filing 36, remain in effect.

DATED this 27th day of February, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge

2