IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STACEY BENSON,<br><br>            Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware corporation; KEY SAFETY SYSTEMS, INC., a Delaware corporation formerly known as Breed Safety Restraint Systems, Inc.; TRW AUTOMOTIVE US LLC, a Delaware limited liability company, and ABC CO., real name unknown,<br><br>            Defendants. | CASE NO.: 8:05CV54<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Having received the parties' joint notice of settlement and stipulation for dismissal of defendant Ford Motor Company (Filing No. 59), the court finds defendant Ford Motor Company should be dismissed with prejudice.

**IT IS THEREFORE ORDERED** that Ford Motor Company is dismissed with prejudice, and each party shall pay his or its own attorney fees and costs. This dismissal now resolves the entire case.

Dated this 16th day of May, 2006.

                                              BY THE COURT:

                                              /s/ William Jay Riley
                                              United States Circuit Judge
                                              (Sitting by Designation)